# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | | |
|---|---|---|
| ANTHONY OLIVER, | ) | |
| Plaintiff, | ) | |
| v. | ) | CV418-213 |
| ADAM PARKER MASSEY, *et al.*, | ) | |
| Defendant. | ) | |

## ORDER

*Pro se* plaintiff Anthony Oliver filed this 42 U.S.C. § 1983 complaint in the Superior Court of Chatham County, Georgia, and defendant Massey removed it to this Court. *See* doc. 1. Defendant Massey has moved for Judgment on the Pleadings on several grounds. Doc. 4. Oliver has responded by seeking to voluntarily dismiss "this case against Defendant Adam Parker Massey <u>with prejudice</u> . . . ." Doc. 7. Given the existence of other, albeit anonymous, defendants, it is not entirely clear whether Oliver seeks to dismiss only his claims against Massey and proceed against the Doe defendants or dismiss the case entirely.

Contemporaneously with this Order, the undersigned has recommended that the Honorable William T. Moore, Jr., who has presided over several of Oliver's previous cases and who currently

presides over two others, impose restrictions on Oliver's litigation before this Court. *See* CV4:19-063, doc. 113; CV4:19-125, doc. 54. Although Oliver's conduct in this case does not warrant imposition of special conditions, it is the undersigned's recommendation that his consistent and pervasive conduct in other cases does. If Judge Moore imposes those restrictions, they should be imposed in this case too.

In order to allow the necessary time for objections to the undersigned's recommendation to Judge Moore and his review of that recommendation, this case is **STAYED**. The Clerk is **DIRECTED** to **ADMINISTRATIVELY TERMINATE** the pending motions in this case. Docs. 4 & 7. Once Judge Moore has ruled on the recommended conditions, the undersigned will enter a further Order or recommendation, as appropriate. Meanwhile, if Oliver wishes to dismiss this case, in its entirety and with prejudice, he remains free to do so.

**SO ORDERED,** this 13th day of September, 2019.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA