IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

ANTHONY OLIVER,

    Plaintiff,

v.

ADAM PARKER MASSEY and DOES 1 THROUGH 10,

    Defendants.

CIVIL ACTION NO.: 418-cv-213

**O R D E R**

After a careful *de novo* review of the entire record, the Court concurs with the Magistrate Judge's August 25, 2020, Report and Recommendation, (doc. 17), to which Plaintiff has not filed objections. Accordingly, the Court **ADOPTS** the Report and Recommendation, (doc. 17), as its opinion and imposes those restrictions adopted in Oliver v. County of Chatham, et al., 4:17-cv-101, doc. 189 (S.D. Ga. Mar. 30, 2018) and several other cases brought by Oliver before this Court.[1] Plaintiff is **DIRECTED** to post a $1,000 contempt bond and affidavit swearing that he has read Federal Rule of Civil Procedure 11 with the Clerk of Court within 14 days of this Order.

---

[1] Filing restrictions have been imposed in Oliver v. County of Chatham, et al., 4:17-cv-101, doc. 189 at 7 (S.D. Ga. Mar. 30, 2018), adopted by doc. 220 (S.D. Ga. May 31, 2018); Oliver v. City of Pooler, et al., 4:18-cv-100, doc 53 (S.D. Ga. Jan. 29, 2019), adopted by doc. 59 (S.D. Ga. Feb. 28, 2019); Oliver v. Lyft, Inc., 4:19-cv-063, doc. 13 at 4–7 (S.D. Ga. Sept. 13, 2019), adopted by doc. 115 (S.D. Ga. Oct. 21, 2019); Oliver v. Lyft, Inc., 4:19-cv-125, doc. 54 (S.D. Ga. Sept. 13, 2019), adopted by doc. 56 (S.D. Ga. Oct. 21, 2019).

If plaintiff fails to post the required bond and submit the affidavit with 14 days, his complaint will be **DISMISSED** and the Clerk of Court will **CLOSE** this case.

 **SO ORDERED**, this 19th day of October, 2020.

_____
R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA