**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAH DIVISION**

ANTHONY OLIVER,

       Plaintiffs,

       v.

ADAM PARKER MASSEY; and DOES 1
THROUGH 10,

       Defendant.

CIVIL ACTION NO.: 4:18-cv-213

## O R D E R

After a careful *de novo* review of the entire record, the Court concurs with the Magistrate

Judge's April 12, 2021, Report and Recommendation, (doc. 20), to which plaintiff has filed no

objections.  As plaintiff has failed to comply with the local rules of this Court and the imposed

filing restrictions, the Court **ADOPTS** the Report and Recommendation, (doc. 20), as its opinion.

The Complaint is **DISMISSED** and the Clerk of Court is **DIRECTED** to **CLOSE** this case.

       **SO ORDERED**, this 24th day of June, 2021.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA